# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08MJ1617-AJB

vs )   ABSTRACT OF ORDER

*Alberto Gutierrez-Hernandez*  )   Booking No. _____

)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/17/08
the Court entered the following order:

✓ ___ Defendant be released from custody. tommorow 6/18/08 by 10am

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ ___ Defendant released on $ 500,000 P/S bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

✓ ___ Case Dismissed.

✓ ___ Defendant to be released to Pretrial Services for electronic monitoring.

✓ ___ Other. PTSO: #619-807-3295 (cell)
(Rejan Alejandria) #619 446-3616 (office)

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
                    Deputy Clerk  Y. MADUENO

Received _____
         DUSM

Crim-9  (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY