1    KAREN P. HEWITT
United States Attorney
2    PETER KO
Assistant U.S. Attorney
3    California State Bar No. 191994
United States Attorney's Office
4    880 Front Street, Room 6293
San Diego, California 92101-8893
5    Tel.: (619) 557-6618
Fax: (619) 557-3445
6    Email: peter.ko2@usdoj.gov

7    Attorneys for Plaintiff
United States of America

8

9                UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,      )    Case No. 08MJ1617
                               )
12                Plaintiff,    )
                               )    NOTICE OF APPEARANCE
13            v.              )
                               )
14    ALBERTO GUTIERREZ,            )
                               )
15               Defendant    )
   _____ )

16

17    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19       I certify that I am admitted to practice in this court or authorized to practice under CivLR

83.3.c.3-4.

20       Effective this date, the following attorneys are no longer associated with this case and should

21 not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

22

23

24

25

26

27

28

"U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: June 20, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Peter Ko

_____
PETER KO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: peter.ko2@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1617 |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ALBERTO GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Peter Ko, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the attached Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.  Donovan J. Dunnion (counsel for Gutierrez)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008.

s/ Peter Ko
PETER KO