| | |
|---|---|
| 1 | DONOVAN J. DUNNION |
|   | Attorney at Law |
| 2 | State Bar No. 70713 |
|   | 402 West Broadway, Suite 2700 |
| 3 | San Diego, California 92101 |
| 4 | (619) 231-8688 |
| 5 | Attorney for Defendant ALBERTO GUTIERREZ-HERNANDEZ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-mj-01617-AJB |
|                           | ) |                          |
| Plaintiff,                | ) | **JOINT REQUEST AND MOTION** |
| v.                        | ) | **TO MODIFY CONDITIONS OF BOND** |
|                           | ) |                          |
| ALBERTO GUTIERREZ-HERNANDEZ, | ) |                       |
|                           | ) | Magistrate Judge: Anthony J. Battaglia |
| Defendant.                | ) |                          |

Defendant ALBERTO GUTIERREZ-HERNANDEZ, by and through his attorney of record, Donovan J. Dunnion, and the office of the United States Attorney for the Southern District of California by and through Assistant United States Attorney Peter Ko, hereby request and agree that the condition of bond in the above-entitled matter shall be modified to remove the electronic monitoring imposed by the Court on June 17, 2008, including all restrictions relating thereto. All other bond requirements shall remain in full force and effect.

Dated: August 8, 2008    *s/*Donovan J. Dunnion
                         DONOVAN J. DUNNION
                         Attorney for Defendant
                         ALBERTO GUTIERREZ-HERNANEZ
                         Dunnionlawoffice@gmail.com

Dated: August 8, 2008    *s/*Peter Ko
                         PETER KO
                         Assistant U.S. Attorney
                         Peter.Ko@usdoj.gov

1 | **ORDER ON JOINT REQUEST**

2 **Good cause having been shown,**

3 IT IS ORDERED that the electronic monitoring of the Defendant Alberto Guiterrez-
4 Hernandez, including all restrictions related thereto, be terminated effective immediately.
5 All other bond requirements shall remain in full force and effect.

_____
ANTHONY J. BATTAGLIA
Magistrate Judge

08-mj-01617-AJB

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing:

**JOINT REQUEST AND MOTION TO MODIFY CONDITIONS OF BOND**

is true and accurate to the best of his information and belief, and that a copy of the foregoing documents have been served this day upon:

**MAILING INFORMATION FOR CASE 08-CR03294-BTM**

1.   **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

PETER KO        peter.ko@usdoj.gov


Date:  August 8, 20008         /s/ Donovan Dunnion
                               DONOVAN DUNNION
                               Attorney for Defendant
                               ALBERTO GUTIERREZ-HERNANDEZ
                               402 West Broadway, Suite 2700
                               San Diego, CA 92101
                               Telephone: (619) 231-8688

                               Dunnionlawoffice@gmail.com