1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
9          **(HON. ANTHONY J. BATTAGLIA)**

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08-mj-01617-AJB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION** |
| v. | ) | **TO MODIFY CONDITION OF BOND** |
| | ) | |
| | ) | Magistrate Judge: Anthony J. Battaglia |
| ALBERTO GUTIERREZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

16

17          **Good cause having been shown,**

18          IT IS ORDERED that the electronic monitoring of the Defendant Alberto Guiterrez-

19   Hernandez, including all restrictions related thereto, be terminated effective immediately.  All other

20   bond requirements shall remain in full force and effect.

21

22

23

24

25

26   DATED:  August 13, 2008

27                                                        _____
                                                         Hon. Anthony J. Battaglia
28                                                       U.S. Magistrate Judge
                                                         United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28