1  DONOVAN J. DUNNION
   Attorney at Law
2  State Bar No. 70713
   402 West Broadway, Suite 2700
3  San Diego, California 92101

4  (619) 231-8688

5  Attorney for Defendant ALBERTO GUTIERREZ-HERNANDEZ

6

7

8              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
9                (HON. ANTHONY J. BATTAGLIA)

10

11 UNITED STATES OF AMERICA,         )   Case No. 08-mj-01617-AJB
                                     )
                Plaintiff,           )   JOINT REQUEST AND MOTION
12 v.                                )   TO MODIFY CONDITIONS OF
                                     )   BOND
13                                   )
   ALBERTO GUTIERREZ-HERNANDEZ,      )
14                                   )   Magistrate Judge: Anthony J. Battaglia
                Defendant.           )
15 _____)

16      The surety's in the above mentioned case, for the same reasons and motivations that

17 initially caused them to indemnify and guarantee the Bond of the defendant., hereby request

18 and agree that the condition of bond in the above-entitled matter shall be modified to remove

19 the electronic monitoring imposed by the Court on June 17, 2008, including all restrictions

20 relating thereto. All other bond requirements shall remain in full force and effect.

21
   Dated: August 11, 2008         _____
22                                 Amalia Gutierrez

23
   Date : August 11, 2008         _____
24                                 Lourdes Moran

25
   Date: August 11, 2008          _____
26                                 Sergio Moran

27

28

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

08-mj-01617-AJB